IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

Vs                               CASE NO. 4:06cr00146-02 JLH

JAMAR ARNELL WILLIAMS                                                          DEFENDANT

ORDER

The United States' motion to revoke release **(docket entry #37)** [1] is granted. At the hearing, Defendant admitted the factual allegation of new use of marijuana subsequent to his entry of a guilty plea to Count 1 of the indictment. Defendant has received multiple chances to comply with the orders setting conditions of release previously entered in this case.

Based on Defendant's admission and the prior history of non-compliance, the Court finds by clear and convincing evidence that Defendant has violated his conditions of release, that he has violated federal and state law and that he is unlikely to abide by any conditions or combination of conditions that the Court may impose.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED this 27th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was referred by order entered November 15, 2006. **(Docket Entry #38)**