PROB 12B
ED/AR (8/2002)

United States District Court

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 30 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jamar Arnell Williams                    Case Number: 4:06CR00146-02 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        Chief United States District Judge

Offense:                Bank Burglary

Date of Sentence:       March 1, 2007

Sentence:               24 months Bureau of Prisons, 3 years supervised release, submit DNA, substance abuse treatment, drug testing, $687.50 restitution, and $100 special penalty assessment

Type of Supervision:    Supervised release        Date Supervision Commenced: June 27, 2008
                                                  Expiration Date: June 26, 2011

Asst. U.S. Attorney: Linda Lipe                   Defense Attorney: To be determined

U.S. Probation Officer: Jason H. Jordan
Phone No.: 501-604-5268

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant will be committed to a residential re-entery center for a period of up to six (6) months.**

### CAUSE

Mr. Williams' supervision commenced on June 27, 2008. He began outpatient substance abuse treatment on July 8, 2008. He tested positive for marijuana on October 6, 2008, and his treatment was intensified to include individual therapy, in addition to group counseling. Mr. Williams again tested positive for marijuana on June 11, 2009. He denied drug use, and the urine sample was confirmed positive by Kroll Laboratories. He failed to report for code-a-phone drug testing on October 7, 2009, and he failed to report to the office as directed on October 9, 2009. Mr. Williams tested positive for marijuana on October 8 and 22, 2009. In addition, an order of protection was ordered by the Pulaski County Circuit Court on December 1, 2008. The mother of Mr. Williams' children filed the order, stating physical abuse from Mr. Williams. The order was extended until December 1, 2009, and the order remains in effect. The request for residential re-entry center placement is in an effort to provide more

Case 4:06-cr-00146-JLH Document 107 Filed 11/30/09 Page 2 of 4

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Jamar Arnell Williams          Case Number: 4:06CR00146-02

structure and stability for Mr. Williams in his quest to remain clean and sober and gain and maintain employment.

On October 14, 2009, Mr. Williams agreed to have his term of supervised release modified to include a residential re-entry center placement of up to six (6) months. He signed the attached PROB 49, waiving his right to a hearing. Chris Tarver of the Federal Public Defenders Office was contacted with regards to the modification, and notified the probation office on November 2, 2009, that he and Mr. Williams were in agreement with the modification.

_____          _____
Jason H. Jordan                    Linda Lipe
U.S. Probation Officer             Assistant U.S. Attorney

Date: November 18, 2009            Date: 11/23/05

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

Nov. 30, 2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

JHJ/dwr

Prob 12B                                              -3-                          Request for Modifying the
                                                                                   Conditions or Terms of Supervision
                                                                                   with Consent of the Offender

Name of Offender: Jamar Arnell Williams                              Case Number: 4:06CR00146-02

c:  Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, AR 72203

Case 4:06-cr-00146-JLH   Document 107   Filed 11/30/09   Page 3 of 4
Prob 12B                                              -3-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will be committed to a residential re-entry center for a period of up to six (6) months.**

Witness: _____   Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

October 14, 2009
DATE